# LEGAL NOTICE OF EXTENSION OF TIME

*LaPlaca et al v. Malnati, et al.*, No. 15-cv-1312 (N.D.Ill.)

**TO:** All persons who have been employed by Pizano's Pizza & Pasta and/or Rudy's Bar and Grille in Illinois and worked any shift for any amount of time as servers, hosts, bartenders, cooks, kitchen prep workers, bussers, dishwashers, expos, food runners and any other hourly-paid and/or non-exempt employee at any time between February 1, 2012 through May 31, 2015 ("The Class Period") and are identified in Group Exhibit A to the Settlement Agreement.

On October 14, 2016, Notice was mailed to you regarding a class action settlement in the above-titled lawsuit. On January 17, 2017, following a hearing on the matter, the Court approved the parties' proposed Class Action Settlement Agreement. In so doing, the Court ordered settlement checks to be disbursed to you and to other members of the above described class by January 31, 2017.

On _____, 2017, the Court granted a request from the Defendants to extend the date for disbursement of the Settlement Checks until _____, 2017. Accordingly, your Settlement Check will be mailed to you on or before _____, 2017. The purpose of this Notice is to inform you of that Order and of the date your Settlement Check will be mailed.

Defendants made the request to the Court to extend the deadline for the issuance of your check because they need more time to come up with all the money necessary to cover the payments due all class members under the settlement.

If you have any questions about the Settlement, you can contact the lawyers who represent the Plaintiffs:

| | |
|---|---|
| James X. Bormes | M. Nieves Bolaños, Esq. |
| Catherine P. Sons | Patrick Cowlin, Esq. |
| Law Office of James X. Bormes, P.C. | Potter & Bolaños L.L.C. |
| 8 South Michigan Avenue, Suite 2600 | 111 East Wacker Street, Suite 2600 |
| Chicago, Illinois 60613 | Chicago, Illinois 60601 |
| (312)-201-0575 | (312) 861-1800 |
| jxbormes@bormeslaw.com | nieves@potterlaw.org |
| cpsons@bormeslaw.com | patrick@potterlaw.org |

You may also contact the Settlement Administrator:

Dahl Administration
6465 Wayzata Blvd, Suite 420
Minneapolis, MN 55426
(952) 56203625

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF ILLINOIS.**